Mariam S. Marshall, Esq. ( Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
Two Worlds Center
91 Gregory Lane, Suite 7
Pleasant Hill, California 94523
Telephone: (925) 446-4546
Facsimile: (925) 446-4549
mmarshall@marshallramoslaw.com

Attorneys for Plaintiff and Trustee,
LOIS I. BRADY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SIMON CHAN,<br><br>Debtor.<br>_____________________________ / | Case No. 18-40217 CN<br><br>Chapter 7 |
| LOIS I. BRADY,<br>Trustee in Bankruptcy,<br><br>Plaintiff,<br>v.<br><br>CHANEL H. CHAN, a.k.a. CHANEL HAOFAN CHAN,<br><br>Defendant.<br>_____________________________ / | Adversary Proceeding No. 18-04115 |

**CERTIFICATE OF SERVICE**

I, Katie Evans, certify that I am over the age of eighteen and not a party to this action. My business address is Two Worlds Center, 91 Gregory Lane, Suite 7, Pleasant Hill, California 94523. On today's date, I served the foregoing documents described below:

**1. SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING;**

**2. COMPLAINT: (1) TO AVOID FRAUDULENT TRANSFERS OF REAL AND PERSONAL PROPERTY; (2) TO DETERMINE LIABILITY FOR AVOIDED TRANSFERS; AND (3) TO SELL REAL PROPERTY FREE AND CLEAR OF CO-OWNER'S INTEREST; and**

**3. ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. Mail, as indicated below, addressed as follows:

| | |
|---|---|
| Chanel H. Chan<br>5534 Belarus Street<br>Danville, CA 94506 | Defendant |
| Simon S. Chan<br>Attorney in Fact<br>5534 Belarus Street<br>Danville, CA 94506 | Uniform Statutory Form<br>Power of Attorney for Defendant,<br>Chanel H. Chan |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Pleasant Hill, California on December 12, 2018.

/s/ Katie Evans
Katie Evans


Case: 18-04115 Doc# 6 Filed: 12/12/18 Entered: 12/12/18 12:25:51 Page 2 of 2