GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

**Attorneys for**
**Specially Appearing Defendant Chanel H. Chan**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**SIMON CHAN**,<br><br>Debtor.<br><br>LOIS I. BRADY,<br>    Trustee in Bankruptcy<br>        Plaintiff,<br><br>v.<br><br>**CHANEL H. CHAN,**<br>    a.k.a. CHANEL HAOFAN CHAN,<br><br>Defendant. | Chapter 7<br><br>Case No. 18-40217-CN<br><br>Adversary No: 18-04115<br><br>**SPECIALLY APPEARING DEFENDANT'S *EX PARTE* MOTION TO EXTEND TIME TO FILE AND ANSWER**<br><br>Complaint Filed: December 10, 2018 |

Specially appearing Defendant Chanel H. Chan ("Ms. Chan") hereby moves this court for an extension of time to file a responsive pleading in the instant matter. Trustee's counsel filed the complaint in this action December 10, 2018.

Ms. Chan makes this motion pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, which permits the Court to enlarge the period set forth by the Bankruptcy Rules with a few limited exceptions (such are expressly noted in paragraphs (2) and (3) of Bankruptcy Rule 9006(b) and not applicable in the instant case) as well as pursuant Bankruptcy Local Rule 9006-1, and Rule 7012.

Page 1
SPECIALLY APPEARING DEFENDANT'S *EX PARTE* MOTION TO EXTEND TIME TO FILE ANSWER
Adversary Proceeding 18-04115 / Core Case 18-40217-CN

Case: 18-04115   Doc# 7   Filed: 01/08/19   Entered: 01/08/19 16:22:24   Page 1 of 2

Ms. Chan has only just retained counsel-herein in the past 2 days. Her attorneys are diligently working to determine the appropriate course of action to represent Ms. Chan's interests. Her attorney is requesting a brief extension of time to complete Ms. Chan's pleadings.

Counsel for Defendant attempted to secure a stipulation regarding this matter; however, Plaintiff's counsel was unwilling to enter into an unconditional stipulation. *See* Declaration of Attorney Geoffrey E. Wiggs.

Ms. Chan respectfully requests a fourteen (14) day extension of time for the reason that additional time is needed to gather documents to support her arguments in a future motion to dismiss or quash service.

Notice of this motion has been given to the United States Trustee.

WHEREFORE, Ms. Chan moves this Court to enter an order granting a fourteen (14) day extension of time for filing of a responsive pleading.

Dated: January 8, 2019    Law Offices of Geoff Wiggs

By: */s/ Geoffrey E. Wiggs*
**Geoffrey E. Wiggs, Esq.**
Attorney for Specially Appearing Defendant

Page 2
SPECIALLY APPEARING DEFENDANT'S *EX PARTE* MOTION TO EXTEND TIME TO FILE ANSWER    Adversary Proceeding 18-04115 / Core Case 18-40217-CN

Case: 18-04115    Doc# 7    Filed: 01/08/19    Entered: 01/08/19 16:22:24    Page 2 of 2