

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

The following constitutes the order of the Court.
Signed: January 14, 2019

_____
**Charles Novack**
U.S. Bankruptcy Judge

**Attorneys for**
**Specially Appearing Defendant Chanel H. Chan**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **SIMON CHAN**, | Case No. 18-40217-CN |
| Debtor. | Adversary No: 18-04115 |
| **LOIS I. BRADY,** | *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON SPECIALLY APPEARING DEFENDANT'S [AMENDED] MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF ATTORNEY GEOFFREY E. WIGGS |
| Trustee in Bankruptcy | |
| Plaintiff, | |
| v. | |
| **CHANEL H. CHAN,** a.k.a. **CHANEL HAOFAN CHAN,** | |
| Defendant. | |

Good cause appearing, it is ordered that the Specially Appearing Defendant's [AMENDED] MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING will be heard on January ~~XX~~ **17**, 2019 at 10:00 a.m, ~~at the above captioned location~~ in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California. **CN**

~~The Motion to Extend the Automatic Stay as to All Creditors, and all supporting papers, shall be served upon all affected parties by Electronic Case Filing, fax, e-mail, or overnight service by no later than January 20, 2017, by 5 p.m.~~ **CN**

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

### *** END OF ORDER ***

- 1 -

**ORDER ON EX PARTE APPLICATION FOR OST**

Adversary No: 18-04115

Case: 18-04115    Doc# 17    Filed: 01/14/19    Entered: 01/14/19 11:18:10    Page 1 of 2

SERVICE LIST

*NONE