GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

**Attorneys for**
**Specially Appearing Defendant Chanel H. Chan**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**SIMON CHAN**,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-40217-CN<br><br>Adversary No: 18-04115 |
| **LOIS I. BRADY,**<br><br>Trustee in Bankruptcy<br><br>Plaintiff,<br><br>**v.**<br><br>**CHANEL H. CHAN,**<br>    **a.k.a. CHANEL HAOFAN CHAN,**<br><br>Defendant. | **CERTIFICATE OF SERVICE - NOTICE OF HEARING ON SPECIALLY APPEARING DEFENDANT'S MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012]**<br>Date:      February 25, 2019<br>Time:      10:00 a.m.<br>Judge:     Honorable Charles Novack<br>Location:  1300 Clay Street, Courtroom 215<br>                Oakland, CA 94612 |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:
1. **NOTICE OF HEARING ON SPECIALLY APPEARING DEFENDANT'S MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012]**
2. **SPECIALLY APPEARING DEFENDANT'S MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012];**
3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SPECIALLY APPEARING DEFENDANT'S MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012];**
4. **DECLARATION OF SPECIALLY APPEARING DEFENDANT CHANEL H. CHAN IN SUPPORT OF MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012];**

Case: 18-04115   Doc# 21   Filed: 01/16/19   Entered: 01/16/19 16:35:07   Page 1 of 2

5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR QUASH SERVICE PURSUANT TO F.R.C.P. 12(b)(5) [F.R.B.P. 7012]**
6. **EXHIBIT A;**
7. **CERTIFICATE OF SERVICE;**

in the following manner(s):

**US Mail** [C.C.P. 1013(a)]:  I am readily familiar with the firm's business practices for collection and processing of correspondence for mailing with the United States Postal Service. The addressee(s) shown above is (are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at **1900 S. Norfolk Street, Suite 350, San Mateo, California**. The envelope was sealed and placed for collection and mailing with first-class postage on the below date following ordinary business practices.

The envelope(s) were addressed to those parties at the address(es) below:

Marshall & Ramos, LLP
Attorneys at Law
Two Worlds Center
91 Gregory Lane, Suite 7
Pleasant Hill, California 94523


I hereby declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on **January 16, 2019** at San Mateo, California.

/s/ Geoffrey E. Wiggs
**Geoffrey E. Wiggs**