Entered on Docket
April 26, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 26, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SIMON S. CHAN,<br>　　Debtor. | Case No. 18-40217 CN<br>Chapter 7 |
| LOIS I. BRADY, Trustee in Bankruptcy<br>　　Plaintiff,<br>vs.<br>CHANEL H. CHAN,<br>　　Defendant. | Adversary No. 18-4115<br>**ORDER DENYING MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

　　On April 25, 2019, the court conducted a hearing on Plaintiff Lois Brady's (the "Trustee") Motion to Extend Time to Complete Outstanding Discovery ("Motion"). Appearances were stated on the record. The court previously entered an order allowing the Trustee to take limited discovery regarding proper service from February 28, 2019 through May 1, 2019. *See Manchester v. Sivantos GMBH,* 2018 U.S. Dist. LEXIS 14108, *21 (C.D. Cal. 2018), citing *Blair v. City of Worcester,* 522 F.3d 105, 111 (1st Cir. 2008). The Trustee requests an additional thirty days to complete discovery so that she may receive discovery responses from the California Department of Motor Vehicles and First American Title Company. Brady did not subpoena either entity until mid-April, roughly six weeks into the limited discovery period. The court finds that allowing prolonged discovery before

1

service would subvert the service requirements in the Federal Rules of Bankruptcy Procedure. Good cause appearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

**\*\*\* END OF ORDER \*\*\***

2

ORDER DENYING MOTION TO EXTEND TIME TO COMPLETE DISCOVERY
Case: 18-04115    Doc# 37    Filed: 04/26/19    Entered: 04/26/19 15:47:01    Page 2 of 3

Adversary No. 18-4115

**COURT SERVICE LIST**

Recipients are ECF participants.

3

ORDER DENYING MOTION TO EXTEND TIME TO COMPLETE DISCOVERY
Case: 18-04115    Doc# 37    Filed: 04/26/19    Entered: 04/26/19 15:47:01    Page 3 of 3