GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

**Attorneys for**
**Specially Appearing Defendant Chanel H. Chan**

Mariam S. Marshall, Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
Two Worlds Center
91 Gregory Lane, Suite 7
Pleasant Hill, California 94523
Telephone: (925) 446-4546
Facsimile: (925) 446-4549
mmarshall@marshallramoslaw.com

**Attorneys for Plaintiff and Trustee,**
**LOIS I. BRADY**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**SIMON CHAN,**<br><br>Debtor. | Chapter 7<br><br>Case No. 18-40217-CN<br><br>Adversary No: 18-04115 |
| **LOIS I. BRADY,**<br><br>Trustee in Bankruptcy<br><br>Plaintiff,<br><br>v.<br><br>**CHANEL H. CHAN,**<br>a.k.a. **CHANEL HAOFAN CHAN,**<br><br>Defendant. | **STIPULATION FOR WITHDRAWAL OF SUBPOENA TO THE CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**<br><br>Complaint Filed: December 10, 2018 |

TO THE COURT, the CALIFORNIA DEPARTMENT OF MOTOR VEHICLES and to ALL INTERESTED PARTIES:

This Stipulation is entered into by and between **LOIS I. BRADY** ("Plaintiff") and Specially Appearing Defendant **Chanel H. Chan** ("Chan") (collectively the "Parties")

Page 1

STIPULATION REGARDING SUBPOENA

Adversary Proceeding 18-04115 /
Core Case 18-40217-CN

WHEREAS, on April 11, 2019, Counsel for Plaintiff issued a Subpoena (the "Subpoena") to Produce and Permit Inspection of Certain Documents to the California Department of Motor Vehicles ("DMV");

WHEREAS, the Subpoena requested that the DMV produce those items of information requested on **EXHIBIT A** as attached to this Stipulation;

WHEREAS, the Subpoena was issued in accordance with the Court's Order of February 28, 2019 permitting certain jurisdictional discovery with a discovery deadline of May 1, 2019;

WHEREAS, the date of production for the Subpoena is May 12, 2019, twelve days after the cut-off of jurisdictional discovery in accordance with the Court's Order;

WHEREAS, **Chan** has objected to the Subpoena for reasons related to privileged information and because the Subpoena requests information be produced after the discovery cut-off date, in contravention of Local Court Rules governing Civil Litigation;

WHEREAS, the Court was set to hear Chan's objections at a hearing on May 3, 2019;

WHEREAS, the matter was represented as moot at that hearing;

WHEREAS, the parties (Specially Appearing and otherwise) to this matter wish to resolve this discovery dispute without further resort to the Court's resources;

**NOW**, therefore, the parties **STIPULATE AND AGREE** as follows:

1. That the Subpoena issued by **LOIS I. BRADY** on April 11, 2019 to the California Department of Motor Vehicles is **WITHDRAWN** and the California Department of Motor Vehicles is directed not to respond to this Subpoena;

2. That Plaintiff and Chan both request that the California Department of Motor Vehicles not produce any of the information requested by Plaintiff as requested on **EXHIBIT A** as incorporated herein;

3. That Plaintiff will not use any information produced by the DMV as a result of the Subpoena, in the event that Plaintiff receives a response to the Subpoena;

4. That Plaintiff agrees to give over any such information received to Counsel for Chan without delay after receipt without review or duplication;

5. Counsel for Chan agrees to reimburse Plaintiff for any expenses incurred in postage or shipping of information to Chan's counsel;

6. This Stipulation does not affect or restrict Plaintiff's knowledge of, or future use of, Chan's driver's license number as this information was acquired outside of the scope of this Subpoena and Stipulation.

**IT IS SO STIPULATED**

Dated: May 3, 2019

Law Offices of Geoff Wiggs

By: _____
**Geoffrey E. Wiggs, Esq.**
Attorney for Specially Appearing Defendant

Dated: May 3, 2019

MARSHALL & RAMOS, LLP

/s/ _____
Mariam S. Marshall, Esq.
MARSHALL & RAMOS, LLP

**EXHIBIT "A" TO SUBPOENA FOR PRODUCTION OF DOCUMENTS**
(Simon S. Chan; Chapter 7 Case No. 18-40217)
(Brady v. Chanel H. Chan, AP No.18-04115)

**Item No. 1:**

Copy of current **California Driver's License # B8541533, issued to Chanel H. Chan**, showing current address of record, date of renewal of the driver's license, and photo.

**Item No. 2:**

Copy of any California Driver's License renewal applications for **California Driver's license #B8541533, submitted by Chanel H. Chan**, via mail, e-mail, or in person from the period of January 1, 2018, through the present. Redact social security number.

**Item No. 3:**

Copies of any change of address applications or forms submitted by **Chanel H. Chan in connection with California Driver's license number #B8541533**, from the period of January 1, 2018, through the present. Redact social security number.

**Item No. 4:**

Copies of all records reflecting the date when the last application for renewal of **California Driver's license #B8541533 held by Chanel H. Chan**, was submitted and DMV location where the application was submitted.

**Item No. 5:**

Current address on record with the Department of Motor Vehicles for **Driver's License #B8541533 for Chanel H. Chan.**

**Item No. 6:**

Current email address on record with the Department of Motor Vehicles related to **California Driver's License #B8541533 for Chanel H. Chan.**