

The following constitutes the order of the Court.
Signed: May 6, 2019

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SIMON S. CHAN,<br>  Debtor. | Case No. 18-40217 CN<br>Chapter 7 |
| LOIS I. BRADY, Trustee in Bankruptcy<br>  Plaintiff,<br>vs.<br>CHANEL H. CHAN,<br>  Defendant. | Adversary No. 18-4115<br>**ORDER DENYING MOTION** |

On May 3, 2019, the court conducted a hearing on specially appearing defendant Chanel Chan's discovery dispute letter (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied as moot.

*** END OF ORDER ***

1

Adversary No. 18-4115

**COURT SERVICE LIST**

Recipients are ECF participants.