

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

**Attorneys for**
**Specially Appearing Defendant**
**Chanel H. Chan**

The following constitutes the order of the Court.
Signed: May 6, 2019


_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br>**SIMON CHAN**,<br>Debtor.<br>**LOIS I. BRADY,**<br>Trustee in Bankruptcy<br>Plaintiff,<br>v.<br>**CHANEL H. CHAN,**<br>    a.k.a. **CHANEL HAOFAN CHAN,**<br>Defendant. | Chapter 7<br><br>Case No. 18-40217-CN<br><br>Adversary No: 18-04115<br><br>**ORDER APPROVING STIPULATION FOR WITHDRAWAL OF SUBPOENA TO THE CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**<br><br>Complaint Filed: December 10, 2018 |

After considering the Stipulation for Withdrawal of Subpoena to the California Department of Motor Vehicles [filed as Docket Number 44]:

IT IS HEREBY ORDERED THAT the Stipulation is approved and adopted as the Order of the Court.

*** END OF ORDER ***

COURT SERVICE LIST

All parties served by ECF Notice.