Mariam S. Marshall, Esq. ( Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
ATTORNEYS AT LAW
Two Worlds Center
91 Gregory Lane, Suite 7
Pleasant Hill, California 94523
Telephone: (925) 446-4546
Facsimile: (925) 446-4549
mmarshall@marshallramoslaw.com

Attorneys for Plaintiff and Trustee,
LOIS I. BRADY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 18-40217 CN |
| SIMON CHAN, | Chapter 7 |
| Debtor. / | |
| LOIS I. BRADY,<br>Trustee in Bankruptcy, | Adversary Proceeding No. 18-04115 |
| Plaintiff, | Date: May 13, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 215 |
| v. | |
| CHANEL H. CHAN, a.k.a. CHANEL HAOFAN CHAN, | Judge: Hon. Charles Novack |
| Defendant. / | |

**CERTIFICATE OF SERVICE**

I, Katie Evans, certify that I am over the age of eighteen and not a party to this action. My business address is Two Worlds Center, 91 Gregory Lane, Suite 7, Pleasant Hill, California 94523. On today's date, I served the foregoing documents described below:

**1. TRUSTEE'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALTERNATIVE SERVICE OF PROCESS VIA EMAIL UNDER FEDERAL RULE OF CIVIL PROCEDURE 4**

**2. SUPPLEMENTAL DECLARATION OF MARIAM S. MARSHALL IN SUPPORT OF TRUSTEE'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALTERNATIVE SERVICE OF PROCESS VIA EMAIL UNDER FEDERAL RULE OF CIVIL PROCEDURE 4; and**

3. **SUPPLEMENTAL DECLARATION OF ZUNILDA RAMOS IN SUPPORT OF TRUSTEE'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALTERNATIVE SERVICE OF PROCESS VIA EMAIL UNDER FEDERAL RULE OF CIVIL PROCEDURE 4**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. Mail, as indicated below, addressed as follows:

| | |
|---|---|
| Geoff Wiggs, Esq.<br>Law Offices of Geoff Wiggs<br>1900 S. Norfolk St., Suite 350<br>San Mateo, CA 94403-1171 | Specially Appearing for<br>Defendant Chanel Chan |

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Pleasant Hill, California on May 7, 2019.

                                      /s/ Katie Evans
                                      Katie Evans