Entered on Docket
May 09, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

**Attorneys for**
**Specially Appearing Defendant**
**Chanel H. Chan**

The following constitutes the order of the Court.
Signed: May 9, 2019

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**SIMON CHAN**,<br><br>Debtor.<br><br>**LOIS I. BRADY**,<br><br>Trustee in Bankruptcy<br><br>Plaintiff,<br><br>v.<br><br>**CHANEL H. CHAN**,<br>    a.k.a. CHANEL HAOFAN CHAN,<br><br>Defendant. | Chapter 7<br><br>Case No. 18-40217-CN<br><br>Adversary No: 18-04115<br><br>**ORDER ON SPECIALLY APPEARING DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE SUR-RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SERVE BY EMAIL PURSUANT TO CCP § 413.30**<br><br>Date:     May 13, 2019<br>Time:    10:00 a.m.<br>Judge:   Honorable Charles Novack<br>Location: 1300 Clay Street, Courtroom 215<br>           Oakland, CA 94612 |

Good cause appearing, Specially Appearing Defendant's *EX PARTE* MOTION FOR LEAVE TO FILE A SUR-RESPONSE is hereby **GRANTED.**

*** END OF ORDER ***

SERVICE LIST

*NONE