| | |
|---|---|
| 1 | Mariam S. Marshall, Esq. ( Bar No. 157242) |
| | Zunilda Ramos, Esq. (Bar No. 161114) |
| 2 | MARSHALL & RAMOS, LLP |
| | ATTORNEYS AT LAW |
| 3 | Two Worlds Center |
| | 91 Gregory Lane, Suite 7 |
| 4 | Pleasant Hill, California 94523 |
| | Telephone:  (925) 446-4546 |
| 5 | Facsimile: (925) 446-4549 |
| | mmarshall@marshallramoslaw.com |
| 6 | |
| | Attorneys for Plaintiff and Trustee, |
| 7 | LOIS I. BRADY |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                   Case No. 18-40217 CN

SIMON CHAN,                                    Chapter 7

    Debtor.
_____/

LOIS I. BRADY,
Trustee in Bankruptcy,                        Adversary Proceeding No. 18-04115

    Plaintiff,
v.

CHANEL H. CHAN, a.k.a. CHANEL HAOFAN CHAN,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I, Katie , certify that I am over the age of eighteen and not a party to this action. My business address is Two Worlds Center, 91 Gregory Lane, Suite 7, Pleasant Hill, California 94523.  On today's date, I served the foregoing documents described below:

**1.    ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING;**

**2.    AMENDED COMPLAINT: (1) TO AVOID FRAUDULENT TRANSFERS OF REAL AND PERSONAL PROPERTY; (2) TO DETERMINE LIABILITY FOR AVOIDED TRANSFERS; AND (3) TO SELL REAL PROPERTY FREE AND CLEAR OF CO-OWNER'S INTEREST; and**

**3.    ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

on the parties shown below, as indicated below, and delivered as follows:

| | | |
|---|---|---|
| 1 | Chanel H. Chan<br>via e-mail: chanelchan88@outlook.com | Defendant |
| 2 | | |
| 3 | Chanel H. Chan<br>via e-mail: 13801228323@163.com | Defendant |

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Pleasant Hill, California on May 14, 2019.

                                              /s/ Katie Evans
                                              Katie Evans